■ RALPH E. SCHNACKENBERG et al., Respondents, v KAM TSANG CHU et al., Appellants.—Appeal from an order of the Supreme Court (Best, J.), entered August 23, 1989 in Montgomery County, which denied defendants' motion to renew and/or reargue plaintiffs' prior motion for a default judgment.

Order affirmed, with costs, upon the opinion of Justice Robert P. Best. Mahoney, P. J., Casey, Weiss, Levine and Harvey, JJ., concur.